*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HACKEL, FLUHR, and BLOSSER
Appellate Military Judges

———————————

**UNITED STATES**
*Appellee*

**v.**

**David G. HOTZ III**
Private First Class (E-2), U.S. Marine Corps
*Appellant*

**No. 202300081**

———————————

Decided: 21 September 2023

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Benjamin Robles (arraignment)
Ryan Lipton (trial)

Sentence adjudged 5 November 2022 by a general court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 22 months, dishonorable discharge.[1]

---

[1] Appellant received 265 days of confinement credit, consisting of 205 days of pretrial confinement credit and 60 days of judicially ordered credit.

Opinion of the Court

For Appellant:
*Lieutenant Colonel Matthew Neely, USMC*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.